IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR42 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS RUBEN GAMA-GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____) | | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 28). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED that defendant's motion is granted. Trial of this matter is scheduled for:

**Monday, June 29, 2015, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This will give the parties time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of the Court as well as counsel. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between May 18, 2015, and June 29, 2015, shall be deemed excludable time in any computation

of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 18th day of May, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court