IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR42 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS RUBEN GAMA-GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motions to continue trial for a plea (Filing No. 30 and Filing No. 31). The Court has been advised defendant wishes to enter a plea. Accordingly,

IT IS ORDERED that defendant's motions are granted; a Rule 11 hearing is scheduled for:

**Thursday, July 23, 2015, at 9:30 a.m**.

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  This will give the parties time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of the Court as well as counsel.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between June 29, 2015, and July 23, 2015, shall be deemed excludable time in any computation

of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

**A copy of the petition to enter a plea of guilty and a copy of the plea agreement, if there is one, shall be provided to the Court at least twenty-four hours prior to the scheduled hearing.** Failure to do so may result in the hearing being rescheduled.

DATED this 25th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court