IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:15CR42 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS RUBEN GAMA-GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Horacio J. Wheelock to withdraw as counsel for the above-named defendant (Filing NO. 40). The Court notes new counsel has entered an appearance. Accordingly,

IT IS ORDERED that the motion is granted; Horacio J. Wheelock is deemed withdrawn as counsel of record for defendant.

DATED this 25th day of September, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court